Koenig *v.* Curran's Restaurant & Baking Company et al., Appellants.

Argued January 10, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

432

*Thomas O. Haydock, Jr.,* for appellants.

*George T. Steeley,* with him *Wm. A. Carr* and *Sidney L. Krauss,* for appellee.

PER CURIAM, February 4, 1935:

The order of the court below refusing judgment non obstante veredicto and a new trial, and the final judgment are affirmed on the opinion of Judge ROBERT R. LEWIS, specially presiding at the trial of the case.